AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Tamica N. Anderson, et als. )
)
_____ )
Plaintiff )
v. )  Civil Action No. 3:11CV604
)
Portfolio Recovery Associates, LLC )
)
_____ )
Defendant )

FILED NOV - 4 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Portfolio Recovery Associates, LLC
c/o National Registered Agents, Inc., Registered Agent
4001 North Ninth Street, Suite 227
Arlington, VA 22203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Erausquin
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 15, 2011        _____
                                 *Signature of Clerk or Deputy Clerk*

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

09/28/11

10-14

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Tamica N Anderson | **Court:** | United States District Court |
| **Defendant:** | Portfolio Recovery Associates, LLC | **Case:** | 3:11CV604 |
| **Serve:** | Portfolio Recovery Associates, LLC<br>4001 North Ninth Street Suite 227<br>R/A: National Registered Agents<br>Arlington, VA 22203 | **Return Date:**<br>**Time:** | |
| **Contact:** | Matthew J. Erausquin - RTC<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**    paper:1355040

Summons in a Civil Action    Complaint

Witness/Defendant Portfolio Recovery Associates, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(/) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _____S. Swan_____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 10-13-11    **Served Time:** 1317

_____ Signature of Process Server

**Notary**

**State of:** Virginia    **County/City of:** Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of Sep/Oct 20 11

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 248087 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Jeanne Pasha



National Registered Agents, Inc., a corporation organized and existing under the laws of the State of Delaware, makes the following statement:

The complete address in the Commonwealth of Virginia wherein any entity designating it as agent may be served with process is Suite 227, 4001 9th Street North, Arlington, VA 22203.

1. The names of each person employed by it at such office to whom it authorizes the delivery of any copy of such service of process are:

   Karen Redman
   Jeanne Pasha
   John Hammill

The Corporation acknowledges that delivery thereof to such persons at the address designated shall constitute delivery of any such copy to it, as such agent.

National Registered Agents, Inc.

Joseph K. Winrich, Vice-President

STATE OF VERMONT    )
                    ) SS.
COUNTY OF WINDHAM   )

Before me, a Notary Public in and for said county and state, personally appeared Joseph K. Winrich who is known to me to be the same person who executed the foregoing instrument and duly acknowledged execution of the same. In witness whereof, I have hereunto subscribed my name and affixed my official seal this 8th day of February, 2011.

My Commission Expires 2-11-2015