UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



TAMICA N. ANDERSON, *et al.*,

    Plaintiffs,

v.                                                        Civil Action No. 3:11cv604

PORTFOLIO RECOVERY ASSOCIATES,
    LLC,

    Defendant.

## AGREED ORDER

CAME NOW Defendant, Portfolio Recovery Associates, LLC ("Portfolio Recovery"), by counsel, upon its Motion for an Extension of Time for Defendant, Portfolio Recovery, to file responsive pleadings to the Class Action Complaint filed by Plaintiffs, Tamica N. Anderson, *et al.*

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Tamica N. Anderson, *et al.* and Portfolio Recovery, it is hereby,

ORDERED, ADJUDGED and DECREED that Portfolio Recovery's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Portfolio Recovery shall be GRANTED an extension of time until on or before December 22, 2011, to file its responsive pleadings, including its Answer, to the Class Action Complaint filed by Tamica N. Anderson, *et al.*

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this \_9th\_ day of November, 2011.

                                                                                        /s/
                                                                  James R. Spencer
                                                          Chief United States District Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| David N. Anthony<br>Virginia State Bar No. 31696<br>*Attorney for Portfolio Recovery Associates, LLC*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-5410<br>Facsimile: (804) 698-5118<br>Email: david.anthony@troutmansanders.com | Leonard Anthony Bennett<br>Virginia State Bar No. 37523<br>*Attorney for Plaintiff*<br>Consumer Litigation Assoc PC<br>12515 Warwick Blvd., Suite 100<br>Newport News, VA 23606<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@cox.net<br><br>Matthew James Erausquin<br>Virginia State Bar No. 65434<br>*Attorney for Plaintiff*<br>Consumer Litigation Associates PC (Alex)<br>1800 Diagonal Rd., Suite 600<br>Alexandria, VA 22314<br>Telephone: 703-273-6080<br>Facsimile: 888-892-3512<br>Email: matt@clalegal.com |

2103900v1