**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TAMICA N. ANDERSON,** *et al.,*

    **Plaintiffs,**

v.                                                                   Civil Action No. 3:11cv604

**PORTFOLIO RECOVERY ASSOCIATES,
   LLC,**

    **Defendant.**

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant, Portfolio Recovery Associates, LLC, by counsel, pursuant to Local Rule 7.1 hereby submits its Corporate Disclosure Statement and states as follows:

Portfolio Recovery Associates, LLC is a wholly owned subsidiary of Portfolio Recovery Associates, Inc., a non-governmental entity. Portfolio Recovery Associates, Inc. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Portfolio Recovery Associates, Inc.

                                            **PORTFOLIO RECOVERY ASSOCIATES, LLC**

                                            By:   /s/Alan D. Wingfield
                                                 Alan D. Wingfield
                                                 Virginia State Bar No. 27489
                                                 *Counsel for Portfolio Recovery Associates, LLC*
                                                 TROUTMAN SANDERS LLP
                                                 1001 Haxall Point
                                                 Richmond, VA 23219
                                                 (804) 697-1200 (telephone)
                                                 (804) 698-1339 (facsimile)
                                                 Email: alan.wingfield@troutmansanders.com

David N. Anthony
Virginia State Bar No. 31696
*Counsel for Portfolio Recovery Associates, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1200 (telephone)
(804) 698-1339 (facsimile)
Email: david.anthony@troutmansanders.com

Jimmy F. Robinson, Jr.
Virginia State Bar No. 43622
*Counsel for Portfolio Recovery Associates, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1200 (telephone)
(804) 698-1339 (facsimile)
Email: jimmy.robinson@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
Email: matt@clalegal.com
*Attorney for Plaintiffs*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Attorney for Plaintiffs*

Robin Ann Abbott
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: rabbottlaw@msn.com
*Attorney for Plaintiffs*

/s/Alan D. Wingfield
Alan D. Wingfield
Virginia State Bar No. 27489
*Counsel for Portfolio Recovery Associates, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1200 (telephone)
(804) 698-1339 (facsimile)
Email: alan.wingfield@troutmansanders.com