**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| TAMICA N. ANDERSON, DIANA B. JOHNSON, BRENDA J. MARRIOTT, ERNEST B. NOVELLO, and JENNIFER SCOTT, *on behalf of themselves and all similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 3:11cv604 ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiffs, and hereby enters her appearance in this matter.

        Respectfully submitted,
        **TAMICA N. ANDERSON,**
        **DIANA B. JOHNSON,**
        **BRENDA J. MARRIOTT,**
        **ERNEST B. NOVELLO,** and
        **JENNIFER SCOTT** *on behalf of themselves and all similarly situated individuals*

        _____/s/_____
        Janelle E. Mason, VSB No. 82389
        *Counsel for the Plaintiffs*
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        Tel: 703-273-7770
        Fax: 888-892-3512
        janelle@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
Alan D. Wingfield
Jimmy F. Robinson, Jr.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel:    804-697-5410
Fax:    804-698-5118
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
jimmy.robinson@troutmansanders.com

*Counsel for the Defendant*

                                         /s/
                          Janelle E. Mason, VSB No. 82389
                          *Counsel for the Plaintiffs*
                          CONSUMER LITIGATION ASSOCIATES, P.C.
                          1800 Diagonal Road, Suite 600
                          Alexandria, VA 22314
                          Tel:    703-273-7770
                          Fax:    888-892-3512
                          janelle@clalegal.com