**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TAMICA N. ANDERSON, DIANA B.
JOHNSON, BRENDA J. MARRIOTT,
ERNEST B. NOVELLO, and JENNIFER
SCOTT,** *on behalf of themselves and all
Similarly situated individuals*,

      **Plaintiffs,**

v.                                                              Civil Action No: 3:11CV604

**PORTFOLIO RECOVERY ASSOCIATES,
LLC,**

      **Defendant.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Timothy J. St. George on behalf of Defendant, Portfolio Recovery Associates, LLC as co-counsel herein for all purposes in this matter.

           **PORTFOLIO RECOVERY ASSOCIATES, LLC**

By: /s/Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Portfolio Recovery Associates, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I filed a true and correct copy of the foregoing through the Electronic Filing System, which will send a notice of electronic filing to:

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone:  703-273-6080
Facsimile: 888-892-3512
Email: matt@clalegal.com
*Counsel for Plaintiffs*

Janelle Elene Mason
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 888-892-3512
Email: janelle@clalegal.com
*Counsel for Plaintiffs*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiffs*

Robin Ann Abbott
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: rabbottlaw@msn.com
*Counsel for Plaintiffs*

/s/Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendant*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
E-mail: tim.stgeorge@troutmansanders.com