

**EXHIBIT A**

**SUGGESTION FOR SUMMONS IN GARNISHMENT**
Commonwealth of Virginia Va. Code § 8.01-511

FREDERICKSBURG GENERAL DISTRICT COURT/8:30 A.M.    General District Court
CITY OR COUNTY

**ORIGINAL JUDGMENT**

| Date of Judgment | Date Execution Ordered |
|---|---|
| March 7, 2005 | |

**STATEMENT**

- $4,444.09 Judgment Principal
- $1,070.89 Credits (see reverse)
- $2,093.72 Interest at 6 % to return date
- $38.00 Judgment Costs
- $.00 Attorney's Fee
- $89.00 Garnishment Costs

**$5,593.92 Total Balance Due**
The garnishee shall rely on this amount.

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%
If none of the above are checked, then: § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS).

CASE NO. 05-1110    RETURN DATE: January 03, 2011

**SUGGESTION FOR SUMMONS IN GARNISHMENT**

JUDGMENT CREDITOR'S NAME: Portfolio Recovery Associates, LLC
STREET ADDRESS:
CITY  STATE  ZIP

JUDGMENT CREDITOR'S ATTORNEY'S NAME: Glasser and Glasser P.L.C
STREET ADDRESS: P. O. Box 3400
CITY: Norfolk, VA 23514
TELEPHONE NUMBER: (888) 533-0660

JUDGMENT DEBTOR'S NAME: JOHNSON, DIANA B (2016217)

STREET ADDRESS:
CITY  STATE  ZIP
SOCIAL SECURITY NUMBER:
TELEPHONE NUMBER:

SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW): UNITED STATES POSTAL SERVICE
STREET ADDRESS: 2825 LONE OAK PARKWAY
CITY: EAGAN MN 55121-9650
TELEPHONE NUMBER: 3.03/805-8863
MKG: POST

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
[X] This is a garnishment against (check only one) [X] the judgment debtor's wages, salary or other compensation. [ ] some other debt due or property or judgment debtor specifically ...........
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*,
[X] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor
[ ] and has been unable to do so.
I further certify that:
[ ] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[X] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care-supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.
I hereby certify that the last known address of the defendant is as shown at right.

DATE SUBMITTED: AUG 06 2010

[ ] JUDGMENT CREDITOR [ ] AGENT [X] ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.
FORM DC-450 (FRONT) 7/06

| | |
|---|---|
| CASE NO. GV0511689-*02* | RETURN DATE February 7, 2011 |

## SUGGESTION FOR SUMMONS IN GARNISHMENT

| | | |
|---|---|---|
| JUDGMENT CREDITOR'S NAME | PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| STREET ADDRESS | 140 CORPORATE BLVD | |
| CITY NORFOLK | STATE VA | ZIP 23502 |
| TELEPHONE NUMBER | 1-866-428-8102 | |
| JUDGMENT CREDITOR'S ATTORNEY'S NAME | DAVID T. SPRUILL, ESQ/DEANNA HACKWORTH, ESQ | |
| STREET ADDRESS | 140 CORPORATE BLVD | |
| CITY NORFOLK | STATE VA | ZIP 23502 |
| TELEPHONE NUMBER | 1-866-428-8102 | |
| JENNIFER SCOTT (09-47611) | | |
| JUDGMENT DEBTOR'S NAME | | |
| STREET ADDRESS | | |
| CITY | STATE | ZIP |
| SOCIAL SECURITY NUMBER | | TELEPHONE NUMBER |
| SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW) | WAL-MART STORES, INC. Serve: CT CORPORATION SYSTEM | |
| STREET ADDRESS | 4701 COX RD, STE 301 | |
| CITY GLEN ALLEN | STATE VA 23060 | ZIP |
| TELEPHONE NUMBER | | 09-47611 |

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

---

## SUGGESTION FOR SUMMONS IN GARNISHMENT
Commonwealth of Virginia    Va. Code § 8.01-511

CITY OR COUNTY: FREDERICKSBURG                 General District Court

### ORIGINAL JUDGMENT

| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
|---|---|
| February 6, 2006 | |

### STATEMENT

| | |
|---|---|
| $1,049.28 | Judgment Principal |
| $.00 | Credits (see reverse) |
| $487.96 | Interest at 6 % to return date |
| $38.00 | Judgment Costs |
| $0.00 | Attorney's Fee |
| $97.00 | Garnishment Costs |
| **$1,672.24** | **Total Balance Due** |

The garnishee shall rely on this amount.

### MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State-Taxes, 100%

If none of the above are checked, then §34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS)

I request the Clerk to summon the Suggested Garnishee to answer this suggestion. This garnishment against (check only one) [X] the judgment debtor's wages, salary or other compensation [ ] some other debt due or property of the judgment debtor, specifically_____

I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*.
[X] does *not* involved a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor [ ] and has been unable to do so.

I further certify that:
[X] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful depends, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts affirmed after bankruptcy.

I hereby certify that the last known address of the defendant is shown at the right.

9-23-2010
DATE SUBMITTED            [ ] JUDGMENT CREDITOR   [ ] AGENT   [X] ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty to a class 1 misdemeanor.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FORM DC-450 (FRONT) 7/05

## SUGGESTION FOR SUMMONS IN GARNISHMENT
Commonwealth of Virginia  Va. Code § 8.01-511

HENRICO ............................................. General District Court
CITY OR COUNTY

| CASE NO. | RETURN DATE |
|---|---|
| GN08005945-00 | September 17, 2010 |

### SUGGESTION FOR SUMMONS IN GARNISHMENT

PORTFOLIO RECOVERY ASSOCIATES, LLC ASSIGNEE OF WASHINGTON MUTUAL BANK
JUDGMENT CREDITOR'S NAME

140 CORPORATE BLVD
STREET ADDRESS

NORFOLK          VA       23502
CITY             STATE    ZIP

1-866-893-9937
TELEPHONE NUMBER

DAVID T. SPRUILL, ESQ./DEANNA M. HACKWORTH, ESQ.
JUDGMENT CREDITOR'S ATTORNEY'S NAME

140 CORPORATE BLVD
STREET ADDRESS

NORFOLK          VA       23502
CITY             STATE    ZIP

1-866-893-9937
TELEPHONE NUMBER

ERNEST B. NOVELLO
JUDGMENT DEBTOR'S NAME

............................................
STREET ADDRESS

............................................
CITY             STATE    ZIP

............................................
SOCIAL SECURITY NUMBER        TELEPHONE NUMBER

WACHOVIA BANK; SERVE: BRANCH MANAGER
SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW)

201 HIGH STREET
STREET ADDRESS

FARMVILLE        VA       23909
CITY             STATE    ZIP

800-869-3557
TELEPHONE NUMBER

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

### STATEMENT

ORIGINAL JUDGMENT

| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
|---|---|
| April 14, 2008 | |

$ 11,731.32 ... Judgment Principal
$    550.00 ... Credits (see reverse)
$  2,143.14 ... Interest at 6.00 % to return date
$     48.00 ... Judgment Costs
$ ......... ... Attorney's Fee
$     92.00 ... Garnishment Costs

$ 13,464.46 ... Total Balance Due

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%
If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS).

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This is a garnishment against (check only one) [ ] the judgment debtor's wages, salary or other compensation. [X] some other debt due or property of the judgment debtor, specifically ANY AND ALL ACCOUNTS
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:

[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*,
[X] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor

April 14, 2008

[ ] and has been unable to do so.

I further certify that:
[X] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown at right.

....................................                    _____
DATE SUBMITTED                [ ] JUDGMENT CREDITOR  [ ] AGENT  [X] ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06

| SUGGESTION FOR SUMMONS IN GARNISHMENT<br>Commonwealth of Virginia  Va. Code § 8.01-511 | | CASE NO.<br>GV08005939 - 04 | RETURN DATE<br>May 20, 2011 |
|---|---|---|---|
| HENRICO<br>CITY OR COUNTY | General District Court | SUGGESTION FOR SUMMONS IN GARNISHMENT | |

| STATEMENT | ORIGINAL JUDGMENT | |
|---|---|---|
| | DATE OF JUDGMENT | DATE EXECUTION ORDERED |
| | April 14, 2008 | |

| | | JUDGMENT CREDITOR'S NAME |
|---|---|---|
| $872.89 | Judgment Principal | PORT FOLIO RECOVERY ASSOCIATES, LLC ASSIGNEE OF MIDLAND CREDIT MGMT/COLUMBUS |
| -$642.15 | Credits (see reverse) | STREET ADDRESS<br>140 CORPORATE BLVD |
| $55.80 | Interest at 6 % to return date | CITY  STATE  ZIP<br>NORFOLK  VA.  23502 |
| $48.00 | Judgment Costs | TELEPHONE NUMBER<br>1-866-428-8102 |
| $0.00 | Attorney's Fee | |
| $92.00 | Garnishment Costs | |

JUDGMENT CREDITOR'S/ATTORNEY'S NAME
DAVID T. SPRUILL, ESQ/DEANNA HACKWORTH, ESQ
140 CORPORATE BLVD

| $ 426.54 | Total Balance Due |
|---|---|
| | The garnishee shall rely on this amount. |

STREET ADDRESS
CITY  STATE  ZIP
NORFOLK  VA.  23502
TELEPHONE NUMBER
1-866-428-8102

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [X] 60% [ ] 65% [ ] State Taxes, 100%

If none of the above are checked, then §34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS)

JUDGMENT DEBTOR'S NAME
BRENDA Y MARRIOTT (09-43590)

STREET ADDRESS

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This garnishment against (check only one) [ ] the judgment debtor's wages, salary or other compensation [X] some other debt due or property or the judgment debtor, specifically  ANY AND ALL ACCOUNTS
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after January 1, 1984;
[X] does not involve a business, trade or professional credit transaction entered into on or after January 1, 1984 and the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor
  [ ] and has been unable to do so.

CITY  STATE  ZIP

SOCIAL SECURITY NUMBER  TELEPHONE NUMBER

SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW)
BANK OF AMERICA NA;
SERVE: BRANCH MANAGER

I further certify that:
[X] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful depends, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts affirmed after bankruptcy.

STREET ADDRESS
1111 E MAIN ST
CITY  STATE
RICHMOND VA 23219  UNKNOWN
TELEPHONE NUMBER

I hereby certify that the last known address of the defendant is shown at the right.

_____
DATE SUBMITTED                    [ ] JUDGMENT CREDITOR  [ ] AGENT  [X] ATTORNEY

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.
09-43590

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty to a class 1 misdemeanor.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FORM DC-450 (FRONT) 7/05

# SUGGESTION FOR SUMMONS IN GARNISHMENT

Commonwealth of Virginia    Va. Code § 8.01-511
FREDERICKSBURG
CITY OR COUNTY

General District Court

| CASE NO. | RETURN DATE |
|---|---|
| GV08013267 | August 15, 2011 |

## SUGGESTION FOR SUMMONS IN GARNISHMENT

**JUDGMENT CREDITOR'S NAME**
PORTFOLIO RECOVERY ASSOCIATES, LLC
**STREET ADDRESS**
140 CORPORATE BLVD

| CITY | STATE | ZIP |
|---|---|---|
| NORFOLK | VA | 23502 |

**TELEPHONE NUMBER**
1-866-428-8102

**JUDGMENT CREDITOR'S ATTORNEY'S NAME**
DAVID J. SPRUILL, ESQ/DEANNA HACKWORTH, ESQ
**STREET ADDRESS**
140 CORPORATE BLVD

| CITY | STATE | ZIP |
|---|---|---|
| NORFOLK | VA | 23502 |

**TELEPHONE NUMBER**
1-866-428-8102

**JUDGMENT DEBTOR'S NAME**
TAMICA N ANDERSON (09-77873)

**STREET ADDRESS**

| CITY | STATE | ZIP |
|---|---|---|

**SOCIAL SECURITY NUMBER**

**SUGGESTED GARNISHEE'S NAME** (SEE NOTE BELOW)
PANERA, LLC;
SERVE: R/A CORPORATION SERVICE COMPANY
**STREET ADDRESS**
11 SOUTH 12TH STREET

| CITY | STATE | ZIP |
|---|---|---|
| RICHMOND | VA | 23218 |

**TELEPHONE NUMBER**
UNKNOWN

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trad fictitious or trade name.

## ORIGINAL JUDGMENT

| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
|---|---|
| September 15, 2008 | |

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support (if not specified, then 50%)
[ ] 50%  [ ] 55%  [ ] 60%  [ ] 65%  [ ] State Taxes, 100%
If none of the above are checked, then §34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS)

### STATEMENT

| | |
|---|---|
| $848.25 | Judgment Principal |
| $0.00 | Credits (see reverse) |
| $194.52 | Interest at 6 % to return date |
| $53.00 | Judgment Costs |
| $0.00 | Attorney's Fee |
| $97.00 | Garnishment Costs |
| $ 1,192.77 | Total Balance Due |

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This garnishment against (check only one) [X] the judgment debtor's wages, salary or other compensation [ ] some other debt due or property of the judgment debtor, specifically _____
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*,
[X] does *not* involved a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor [ ] and has been unable to do so.

I further certify that:
[X] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts affirmed after bankruptcy.

I hereby certify that the last known address of the defendant is shown at the right.

DATE SUBMITTED: MAY 02 2011

[ ] JUDGMENT CREDITOR   [ ] AGENT   [X] ATTORNEY

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty to a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06