
**EXHIBIT C**

## SUGGESTION FOR SUMMONS IN GARNISHMENT

Commonwealth of Virginia   Va. Code § 8.01-511

_____ General District Court

CITY OR COUNTY

### STATEMENT

|  | ORIGINAL JUDGMENT | |
|---|---|---|
|  | DATE OF JUDGMENT | DATE EXECUTION ORDERED |

$ Judgment Principal

Credits (see reverse)

Interest at ___ % to return date

Judgment Costs

Attorney's Fee

Garnishment Costs

$ ......... 0.00   Total Balance Due

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.

This is a garnishment against (check only one) ▢ the judgment debtor's wages, salary or other compensation, ▢ some other debt due or property or the judgment debtor, specifically: _____
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:

▢ involves a business, trade or professional credit transaction entered into on or after *January 1, 1984,*

▢ does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and the* undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor

▢ and has been unable to do so.

I further certify that:

▢ (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or

▢ (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or

▢ (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or

▢ (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or

▢ (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or

▢ (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown at right.

_____
DATE SUBMITTED

▢ JUDGMENT CREDITOR   ▢ AGENT   ▢ ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06

---

### MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

▢ Support (if not specified, then 50%)

▢ 50%  ▢ 55%  ▢ 60%  ▢ 65%  ▢ State Taxes, 100%

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS).

---

## SUGGESTION FOR SUMMONS IN GARNISHMENT

CASE NO. _____   RETURN DATE _____

JUDGMENT CREDITOR'S NAME

STREET ADDRESS

CITY                STATE        ZIP

TELEPHONE NUMBER

JUDGMENT CREDITOR'S ATTORNEY'S NAME

STREET ADDRESS

CITY                STATE        ZIP

TELEPHONE NUMBER

JUDGMENT DEBTOR'S NAME

STREET ADDRESS

CITY                STATE        ZIP

SOCIAL SECURITY NUMBER              TELEPHONE NUMBER

SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW)

STREET ADDRESS

CITY                STATE        ZIP

TELEPHONE NUMBER

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

## INSTRUCTIONS TO JUDGMENT CREDITOR:

Show how these credits were computed on this side of this form or on an attached sheet of paper.
You should show:

- Date and amount of each payment.

- How interest is computed.

- How payments are credited.

FORM DC-450 (PAGE TWO OF TWO) 4/04 PDF