UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TAMICA N. ANDERSON,** *on behalf of herself*
*And all similarly situated individuals, et al.*

      **Plaintiffs,**

  v.

                                Civil Action No. 3:11-cv-00604-JRS

**PORTFOLIO RECOVERY ASSOCIATES, LLC.,**

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs, by counsel, respectfully move the court for an Extension of Time to File their Brief in Opposition to Defendants' Motion for Judgment on the Pleadings. (Docket No. 22). The time for filing the response has not yet expired and the Defendant has consented to the extension of time of one week, until July 23, 2012, with a proportionate extension of time for the Defendant to file a reply until August 6, 2012.

                                Respectfully submitted,

                                **TAMICA N. ANDERSON,** *on behalf of herself*
                                *And all similarly situated individuals, et al.*

                                _____/s/_____
                                Leonard A. Bennett, Esq.
                                VSB #37523
                                Attorney for Plaintiff
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J. Clyde Morris Boulevard, Suite 1-A
                                Newport News, Virginia 23601
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                E-mail: lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

Alan Durrum Wingfield
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: alan.wingfield@troutmansanders.com

Jimmy Frank Robinson, Jr.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: jimmy.robinson@troutmansanders.com

                                                                     /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                      Newport News, Virginia 23601
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      E-mail: lenbennett@cox.net