UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| TAMICA N. ANDERSON, on behalf of herself and all similarly situated individuals, | |
| Plaintiffs, | Action No. 3:11-CV-604 |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | |
| Defendant. | |

ORDER

THIS MATTER is before the Court on Plaintiffs' Consent Motion for Extension of Time to File Their Brief in Opposition to Defendant's Motion for Judgment on the Pleadings ("Motion"). (ECF No. 23.) Upon due consideration, the Motion is hereby GRANTED. Plaintiff is DIRECTED to file their response to the pending motion for judgment on the pleadings, (ECF No. 21), on or before July 24, 2012.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

ENTERED this 23 day of July 2012.