UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TAMICA N. ANDERSON, DIANA B. JOHNSON, BRENDA J. MARRIOTT, ERNEST B. NOVELLO, and JENNIFER SCOTT, *on behalf of themselves and all similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br><br> Defendant. | Civil Action No. 3:11cv604 |

## PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs, by counsel and with consent of the Defendant, respectfully move the court for an Extension of Time to File their Brief in Opposition to Defendant's Motion for Judgment on the Pleadings (Docket No. 21). For the reasons more fully set forth in the accompanying memorandum, Plaintiffs seek an extension of two weeks, until August 7, 2012, with a proportionate extension of time for the Defendant to file a reply until August 14, 2012.

Respectfully submitted,
**TAMICA N. ANDERSON,**
**DIANA B. JOHNSON,**
**BRENDA J. MARRIOTT,**
**ERNEST B. NOVELLO,** and
**JENNIFER SCOTT** *on behalf of themselves and all similarly situated individuals*


By _____/s/_____
         Of Counsel

MATTHEW J. ERAUSQUIN, VSB No. 65434
JANELLE E. MASON, VSB No. 82389
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:     (703) 273-7770
Facsimile:      (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

LEONARD A. BENNETT, VSB No. 37523
ROBIN A. ABBOTT, VSB No. 46596
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@cox.net
rabbottlaw@msn.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
Alan D. Wingfield
Jimmy F. Robinson, Jr.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel:    804-697-5410
Fax:   804-698-5118
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
jimmy.robinson@troutmansanders.com

*Counsel for the Defendant*

                                              /s/
                                  Janelle E. Mason, VSB No. 82389
                                  *Counsel for the Plaintiffs*
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  1800 Diagonal Road, Suite 600
                                  Alexandria, VA 22314
                                  Tel:    703-273-7770
                                  Fax:   888-892-3512
                                  janelle@clalegal.com