# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| TAMICA N. ANDERSON, DIANA B. JOHNSON, BRENDA J. MARRIOTT, ERNEST B. NOVELLO, and JENNIFER SCOTT, *on behalf of themselves and all similarly situated individuals*,<br><br>            Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>            Defendant. | Civil Action No. 3:11cv604 |

## NOTICE OF SETTLEMENT

Plaintiffs, by counsel, hereby notify this Honorable Court that they have resolved their claims against Defendant Portfolio Recovery Associates, LLC, and a dismissal order with respect to this matter will be tendered to the Court for its consideration shortly.

            Respectfully submitted,
            **TAMICA N. ANDERSON,**
            **DIANA B. JOHNSON,**
            **BRENDA J. MARRIOTT,**
            **ERNEST B. NOVELLO, and**
            **JENNIFER SCOTT** *on behalf of themselves and all similarly situated individuals*

By: /s/
      Of Counsel

JANELLE E. MASON, VSB No. 82389
MATTHEW J. ERAUSQUIN, VSB No. 65434
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
janelle@clalegal.com
matt@clalegal.com

LEONARD A. BENNETT, VSB No. 37523
ROBIN A. ABBOTT, VSB No. 46596
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@cox.net
rabbottlaw@msn.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David N. Anthony
Alan D. Wingfield
Jimmy F. Robinson, Jr.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel:   804-697-5410
Fax:   804-698-5118
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
jimmy.robinson@troutmansanders.com

*Counsel for the Defendant*

                                          /s/
                                Janelle E. Mason, VSB No. 82389
                                *Counsel for the Plaintiffs*
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                1800 Diagonal Road, Suite 600
                                Alexandria, VA  22314
                                Tel:   703-273-7770
                                Fax:   888-892-3512
                                janelle@clalegal.com