UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMICA N. ANDERSON, *on behalf of herself
And all similarly situated individuals, et al.*

    **Plaintiffs,**

v.

                  Civil Action No. 3:11-cv-00604-JRS

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    **Defendant**

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **TAMICA N. ANDERSON,** by counsel, and the Defendant **PORTFOLIO RECOVERY ASSOCIATES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against ***PORTFOLIO RECOVERY ASSOCIATES, LLC.*** in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this **26** day of **Sept**, 2012.

                                      /s/
                              Henry E. Hudson
                              United States District Judge



WE ASK FOR THIS:

*/s/*

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

*/s/*

David Neal Anthony (VSB No. 31696)
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

*Counsel for Defendant*